**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **JAMSHED NAIMOVICH FAYZIEV** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON, Warden of Philadelphia** | : | **No. 26-cv-4423** |
| **Federal Detention Center, et al.,** | : | |
| *Respondents.* | : | |

## <u>ORDER</u>

**AND NOW**, this **29th** day of **June 2026**, upon review of Petitioner Jamshed Naimovich Fayziev's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), it is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **July 2, 2026** at 12:00 P.M.

2. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **June 30, 2026 at 12:00 P.M.**:

    a. desiree.wilkins@usdoj.gov

    b. anthony.stjoseph@usdoj.gov

    c. susan.becker@usdoj.gov

    d. gregory.david@usdoj.gov

3. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter

and that AUSA shall enter their appearance for Respondents on or before **July 3, 2026 at 12:00 P.M.**

4. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

5. In light of the Respondents' representations in other cases with nearly identical material circumstances and this Court's and District's prior decisions, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). If Respondents view this case as containing meaningfully distinguishable facts from such prior cases, Respondents shall file a brief letter response explaining the distinguishing facts, on or before **July 6, 2026 at 4:00 P.M.**

6. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

BY THE COURT:

/s/ Chad F. Kenney

---

**CHAD F. KENNEY, JUDGE**

2