**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **JAMSHED NAIMOVICH FAYZIEV** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON, Warden of Philadelphia** | : | **No. 26-cv-4423** |
| **Federal Detention Center, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **6th** day of **July 2026**, upon consideration of Petitioner Jamshed Naimovich Fayziev's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), Respondents' Letter dated July 2, 2026 (ECF No. 4), and the docket, it is hereby **ORDERED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025); Memorandum Opinion at 8–21, *Vasquez-Rosario v. Noem*, No. 25-cv-7427 (E.D. Pa. Jan. 26, 2026); which Respondents concede are not materially distinguishable, *see* ECF No. 4 at 1–2, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **July 13, 2026**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present

evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3.  Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.

4.  If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **July 13, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

5.  The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **July 20, 2026, at 5:00 P.M.**  Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**