IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMSHED NAIMOVICH FAYZIEV** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON, Warden of Philadelphia** | : | **No. 26-cv-4423** |
| **Federal Detention Center, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **20th** day of **July 2026**, upon consideration of the Parties' Joint Status

Report (ECF No. 6), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions imposed on Petitioner's location by this Court are now lifted.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**